UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) Civil Case No. 2:25-cv-00125-TSB |
| v. | ) |
| JOHN DOE subscriber assigned IP Address 184.57.4.219, | ) |
| Defendant. | ) |

**ORDER ON MOTION TO PROCEED ANONYMOUSLY AND TO SEAL DEFENDANT'S CONTACT INFORMATION AND MOTION TO QUASH OR MODIFY SUBPOENA**

**THIS CAUSE** came before the Defendant's Motion to Proceed Anonymously and to Seal Defendant's Contact Information and Motion to Quash or Modify Subpoena ("Motions"), and the Court being duly advised in the premises does hereby:

**FIND, ORDER AND ADJUDGE:**

1. Defendant's Motions are DENIED.

2. Plaintiff may file redacted and unredacted versions of its First Amended Complaint, proposed summons, and return of service under seal.

**DONE AND ORDERED** this 5 day of November, 2025.

By: ___*s/Timothy S. Black*___
**UNITED STATES DISTRICT JUDGE**

1